UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE ASUNA,<br><br>        Plaintiff,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>        Defendant. | 1:19-cv-00554-EPG (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE<br><br>**THIRTY DAY DEADLINE** |

Plaintiff is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. For the reasons discussed below, Plaintiff is ordered to show cause why this action should not be dismissed without prejudice for failure to prosecute.

Plaintiff initiated this action on February 20, 2019, by filing a complaint and an application to proceed *in forma pauperis* in the U.S. District Court for the Northern District of California. (ECF Nos. 1, 2.) Because Plaintiff's application to proceed *in forma pauperis* was insufficient, on February 20, 2019, a notice was issued informing Plaintiff of the insufficiency of his application and directing Plaintiff to either pay the $400 filing fee or complete and submit a fully completed *in forma pauperis* application. (*Id.*) This notice warned Plaintiff that if he did not respond within 28 days, his action would be dismissed. Plaintiff has not filed a response to the notice.

On April 30, 2019, after the deadline for Plaintiff to file his response had passed, the case was transferred to the U.S. District Court for the Central District of California. (ECF No. 9.)

Because Plaintiff has not complied with the February 20, 2019, notice informing Plaintiff

1

that his case would be dismissed if he did not either file a complete application to proceed *in forma pauperis* or pay the $400 filing fee, it appears that Plaintiff has abandoned and is no longer prosecuting this case.

Accordingly, IT IS ORDERED that:

Within thirty (30) days of this order, Plaintiff shall file a written response to this order, explaining why his case should not be dismissed for failure to prosecute. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **May 1, 2019**

/s/ Erin P. Gross
UNITED STATES MAGISTRATE JUDGE